585 A.2d 370

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. A.D.

IN THE MATTER OF M.A.D., AN INFANT.

September 4, 1990.

Petition for certification denied.

585 A.2d 370

STATE OF NEW JERSEY v. ALBERT R. ALLEN.

September 4, 1990.

Petition for certification granted and summarily remanded to
the Appellate Division for reconsideration in light of *State v.
Bethune,* 121 *N.J.* 137, 578 *A.*2d 364 (1990), and *State v. Hill,*
121 *N.J.* 150, 578 *A.*2d 370 (1990).

Jurisdiction is not retained.

585 A.2d 370

STATE OF NEW JERSEY v. LARRY TOOLEY.

September 4, 1990.

Petition for certification denied.

585 A.2d 370

STATE OF NEW JERSEY v. ROBERT COPELTON.

September 4, 1990.

Petition for certification denied.